# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | |
| | : | JUDGE |
| v. | : | |
| HARRY E. KAGE, | : | **INDICTMENT** |
| Defendant. | : | 18 U.S.C. § 1001 |
| | : | 18 U.S.C. § 641 |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 APR 22 PM 3:05
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

2:21 cr -68

[Judge Watson]

**THE GRAND JURY CHARGES:**

## INTRODUCTION

1. The defendant, HARRY E. KAGE, applied for Supplemental Security Income disability benefits from the Social Security Administration in 2012.

2. The Social Security Administration repeatedly notified KAGE that he was required to notify the Social Security Administration if he started working.

## COUNT 1

On or about May 3, 2016, in the Southern District of Ohio, the defendant, **HARRY E. KAGE**, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation: to wit, he stated that he had not worked since 2011. The statement and representation was false because, as **HARRY E. KAGE** then and there knew, he had worked after 2011.

**In violation of Title 18, United States Code, Section 1001.**

## COUNT 2

On or about June 29, 2016, in the Southern District of Ohio, the defendant, **HARRY E. KAGE**, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation: to wit, he stated he had not worked since 2011. The statement and representation was false because, as **HARRY E. KAGE** then and there knew, he had worked after 2011.

**In violation of Title 18, United States Code, Section 1001.**

## COUNT 3

From in or about March 2013, and continuing through in or about November 2018, in the Southern District of Ohio, the defendant, **HARRY E. KAGE**, on a recurring basis, did knowingly and willfully embezzle, steal, purloin, convert to his own use and the use of another, and without authority sell, convey and dispose of money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security benefits having a value of approximately $44,513.

**In violation of Title 18, United States Code, Section 641.**

A TRUE BILL

*S/ FOREPERSON*
**GRAND JURY FOREPERSON**

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

**TIMOTHY LANDRY**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**